452 A.2d 38

Commonwealth v. Hale, Appellant.

Submitted May 5, 1982.  Daniel A. Rendine, for appellant;  Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, ROWLEY and CIRILLO, JJ.

Judgment of sentence affirmed.